**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHANIE N. SMITH,

     Plaintiff,

v.                                                              CASE NO.: 3:08cv201/MCR/EMT

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS GMBH,
NOVARTIS AG, ASTELLAS PHARMA
US, INC., and ASTELLAS PHARMA, INC.,

     Defendants.

_____/

## ORDER OF DISMISSAL

     This cause is before the court upon the Stipulation of Dismissal Without Prejudice filed by Plaintiff.[1] (Doc. 30). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** without prejudice, each party to bear their respective fees and costs. The Clerk is directed to close the case in its entirety for all purposes.

     **ORDERED** on this 4th day of December, 2009.

                               s/ *M. Casey Rodgers*

                               **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

---

[1] The stipulation speaks only to plaintiffs' claims against defendants Astellas Pharma US, Inc. and Astellas Pharma, Inc.; however, the court notes service has not been perfected on any other defendant named in this action and the time to do so has long since expired.